# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Miranda Thorn ,

Plaintiff,

v.

Judge Brittany Padgett, Carol Dow, Dow, Pack & Horn, PLLC, Nathaniel Vickers, Cleveland County Sheriff's Department, Cleveland County DSS, Mecklenburg County.DSS, Cleveland County Schools, Larry Lineberger Jr., Angela Alexander, Larry Lineberger Sr., Rebecca Lineberger, Wanda Shirah, and Pat's Place Child Advocacy Center,

Defendants.

Civil Action No.: [To be assigned]

FILED
CHARLOTTE, NC

**Hand-Delivered**

NOV 2 4 .2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

3:25-cv-950

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (42 U.S.C. §§ 1983, 1985)
## JURY TRIAL DEMANDED

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343, and 42 U.S.C. §§ 1983 and 1985.
2. Venue is proper under 28 U.S.C. § 1391(b) as the events and omissions giving rise to this action occurred in the Middle District of North Carolina.

## II. PARTIES

- **Plaintiff** is a resident of North Carolina, the biological and legal parent of the minor child involved in this matter, proceeding **pro se**.

**Government and Official Defendants**

- **Judge Brittany Padgett** – Judicial officer in Cleveland County Family Court.
- **Nathaniel Vickers** – Sheriff of Cleveland County.
- **Cleveland County Sheriff's Department** – Law enforcement agency.
- **Cleveland County DSS** – County child welfare agency.
- **Mecklenburg County DSS** – County child welfare agency.
- **Cleveland County Schools** – Public education entity.

**Private Defendants**

- **Carol Dow** – Private attorney for Defendant Lineberger, former GAL.
- **Dow, Pack & Horn, PLLC** – Law firm employing Carol Dow.
- **Larry Lineberger Jr.** – Father of the minor child; alleged abuser.
- **Angela Alexander** – Forensic nurse and relative of Lineberger.
- **Larry Lineberger Sr.** – Grandfather of minor child; alleged abuser.
- **Rebecca Lineberger** – Grandmother; alleged enabler of abuse.
- **Wanda Shirah** – Landlord who executed retaliatory eviction.
- **Pat's Place Child Advocacy Center** – Failed to conduct proper forensic exam.

## III. STATEMENT OF FACTS

1. Plaintiff was awarded custody of her minor child pursuant to court order but was repeatedly

denied her constitutional rights as a parent.

2. **After trial of March 13, 2025,** Defendant **Larry Lineberger Jr.** used Plaintiff's **Medicaid account** without her knowledge or legal authority to obtain medical services for the minor child. Plaintiff did not consent to the treatment or billing, and she was excluded from all related medical decisions.

3. **Cleveland County Schools** enrolled the child without Plaintiff's consent or legal authority, violating a standing custody order and excluding Plaintiff from educational decisions.

4. Multiple instances of **unexplained bruises** occurred while the child was in the custody of Mr. Lineberger or his parents. Despite repeated reports, **Cleveland County DSS** and **Sheriff's Office** refused to conduct a full investigate to ensure the safety and security of the minor child.

5. **Plaintiff was retaliated against** after every DSS interaction, including being falsely accused, harassed, and ultimately **evicted** from her home.

6. In **February 2024,** shortly after Plaintiff obtained **temporary custody,** Defendant **Wanda Shirah** executed an **eviction,** knowing Plaintiff had no housing alternatives. This eviction also **disrupted the education** of another minor child living with Plaintiff, who had only two months remaining in the school year.

7. **Pat's Place Child Advocacy Center** failed to perform a proper forensic exam on the child, returning the child within **2 minutes** without evaluation. Shortly after, **Mecklenburg DSS** determined the child should be returned to the father — despite abuse concerns — and wrongfully labeled the child as having a "developmental issue" for not speaking.

8. **Angela Alexander,** a forensic nurse and relative of Mr. Lineberger, used her **domestic violence credentials** and her affiliation with Pat's Place to intimidate Plaintiff and suppress valid abuse reports.

9. **Carol Dow,** an attorney and former **Guardian ad Litem of 10 years,** abused her insider knowledge of family law and custody processes to manipulate the court. She conspired with the Lineberger family to discredit Plaintiff and redirect scrutiny away from the abuser.

10. **Judge Brittany Padgett,** with a known connection to Dow, failed to recuse herself, issued biased rulings, and denied Plaintiff procedural fairness, contributing directly to the child's return to a harmful environment.

11. Defendants acted both **individually and in concert,** abusing legal, educational, medical, and judicial systems to retaliate against the Plaintiff and deprive her of constitutional rights.

## IV. CLAIMS FOR RELIEF

### Count I – Violation of Due Process (14th Amendment)
Defendants deprived Plaintiff of her right to be heard, excluded her from medical and educational decisions, and returned her child to an abusive environment without procedural safeguards.

### Count II – Violation of Parental Rights
State and private actors interfered with Plaintiff's fundamental right to raise and protect her child, a protected liberty interest under the Fourteenth Amendment.

### Count III – Unauthorized Use of Government Benefits / Identity Misuse
Defendant Lineberger Jr. used Plaintiff's **Medicaid** to obtain unauthorized services. This act may constitute **fraud, identity theft, and a misuse of government benefits.**

### Count IV – Failure to Protect
Cleveland County DSS, the Sheriff's Department, and related officials failed to investigate abuse and protect the child from repeated harm while in the custody of Lineberger and his parents.

### Count V – Retaliation and Housing Interference
Wanda Shirah evicted Plaintiff days after custody was granted, knowing she lacked alternative housing. This act destabilized custody and education, violating Plaintiff's rights under §1983.

### Count VI – Medical and Forensic Misconduct
Pat's Place and Angela Alexander failed to conduct a proper child abuse exam and used their authority to suppress medical documentation of injuries.

### Count VII – Judicial Bias
Judge Padgett failed to maintain neutrality, engaged in ex parte conduct, and violated judicial ethics by favoring the opposing party without allowing Plaintiff meaningful participation.

### Count VIII – Civil Conspiracy Under Color of Law (42 U.S.C. §1983 and §1985)
Defendants, including Padgett, Dow, Alexander, DSS officials, and the Lineberger family, engaged in a coordinated conspiracy under color of law to deprive Plaintiff of her constitutional rights. This includes actions taken to cover up abuse, manipulate court outcomes, and retaliate against Plaintiff.

### Count IX – Abuse of Legal Process by Legal Professionals
Carol Dow and Dow, Pack & Horn, PLLC, acting in concert with state officials, used legal process maliciously to achieve unlawful ends, suppress evidence, and damage Plaintiff's legal standing. Dow's former role as a Guardian ad Litem gave her insider access to exploit the court's trust.

## V. RELIEF REQUESTED
Plaintiff respectfully requests that this Court grant the following:
1. **Declaratory judgment** that Plaintiff's constitutional rights were violated
2. **Injunctive relief** to prevent further retaliation and remove the child from harm
3. **Compensatory damages** for financial, emotional, and physical harm
4. **Punitive damages** against individual and institutional defendants
5. **Costs and attorney's fees** pursuant to 42 U.S.C. §1988
6. **Any other relief** deemed appropriate by this Court

## VI. JURY DEMAND
Plaintiff demands a trial by jury on all issues so triable.

## VII. PRO SE VERIFICATION
I, [Your Full Name], declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: _____

Signature: _____

**Miranda Thorn**

11824 Red Hickory Lane

Charlotte, NC 28273

980-221-7308

Blessedmom2kids143@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion to Amend or Alter Judgment has been served upon the [Plaintiff/Defendant] in the following manner:

☐ First-Class Mail
☐ Certified Mail, Return Receipt Requested
☐ Hand Delivery
☐ Sheriff's Service

Served on:

**Larry Boyce Lineberger Jr**
Unknown address not given or provided to the defendant

This the ___ day of _____, 2025.